UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AIMEY ALLEN,

        Plaintiff,

Case No.: 1:14-cv-86

v.

HONORABLE PAUL L. MALONEY

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Ellen S. Carmody in this action (ECF No. 17). The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

THEREFORE, IT IS ORDERED that the decision of the Commissioner is **REVERSED** and this matter is **REMANDED** for further factual findings pursuant to sentence four of 42 U.S.C. § 405(g).

Dated: March 11, 2015

        /s/ Paul L. Maloney
        Paul L. Maloney
        Chief United States District Judge